UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DENNIS WOODARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) No.: 4:16-CV-102-HSM-CHS |
| v. | ) |
| | ) |
| STATE OF TENNESSEE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This is a pro se prisoner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Now before the Court is Respondent's motion for extension of time to file response/reply [Doc. 15] and Petitioner's motion to file a typed version of the amended § 2254 petition [Doc. 18]. The Court will address each of these motions in turn.

First, in light of the lack of opposition thereto and good cause shown therein, Respondent's motion for extension of time to file response/reply [Doc. 15] is **GRANTED** *nunc pro tunc* as of the day on which it was filed.

Also before the Court is Petitioner's motion to file a typed version of his amended petition for writ of habeas corpus[1] [Doc. 18]. This motion [Doc. 18] is **GRANTED** to the extent that Petitioner shall have thirty (30) days from the date of entry of this order to file a typed version of his amended petition for writ of habeas corpus. Petitioner is further **NOTIFIED** that Rule 8 of the

---

[1] As Petitioner's original petition for writ of habeas corpus [Doc. 1] was typed, the Court assumes that Plaintiff requests to file a typed version of his amended petition for writ of habeas corpus [Doc. 11], which is ninety-three pages and includes handwritten arguments mixed in with documents.

Federal Rules of Civil Procedure requires only a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2).

Further, Respondent is **ORDERED** to file a response to Petitioner's typed version of the § 2254 petition, assuming Petitioner files one, within thirty (30) days in which that typed version is filed to ensure that Respondent has fully responded to each of the arguments therein.

**SO ORDERED.**

**E N T E R :**

    */s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE