UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| DENNIS WOODARD, | ) |  |  |
|---|---|---|---|
| Petitioner, | ) |  |  |
| v. | ) | No. | 4:16-CV-102-DCLC-CHS |
| MARTIN FRINK, | ) |  |  |
| Respondent. | ) |  |  |

## ORDER

In accordance with the accompanying memorandum opinion, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Docs. 1, 11, 20] is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the civil file.

Also, for the reasons set forth in the accompanying memorandum opinion, a COA will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/LeAnna Wilson
Clerk of Court